

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-17-00277-CV

**IN THE INTEREST OF A.B., ET AL., CHILDREN**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00396
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant's appointed counsel has filed a motion to withdraw as appellate counsel. The motion is GRANTED. *See* TEX. R. APP. P. 6.5.

Since appellant is indigent, new appellate counsel must be appointed. *See In re K.S.M.*, 61 S.W.3d 632, 633 (Tex. App.—Tyler 2001, no pet.). It is therefore ORDERED that this appeal is ABATED to the trial court. The trial court is ORDERED to appoint new appellate counsel and to cause the trial court clerk to file a supplemental clerk's record containing documentation of such appointment **within 7 days from the date this order is signed.** After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court. All appellate deadlines are suspended until this reinstatement.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk